## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **NEBRASKA MEDICAL CENTER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:07CV56** |
| vs. | ) | |
| | ) | **ORDER** |
| **ELIZABETH PAYNE, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

On the oral motion of counsel for the plaintiff and with said counsel's representation that no other party objects to the request, the telephone planning conference previously set for Friday, October 12, 2007 at 9:30 a.m. is cancelled and is **rescheduled for Thursday, October 18, 2007 at 2:00 p.m.** before the undersigned magistrate judge. Plaintiff's counsel shall initiate the telephone conference.

**IT IS SO ORDERED.**

DATED this 5th day of October, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge