**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **NEBRASKA MEDICAL CENTER.,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **ELIZABETH PAYNE, et al.,** ) <br> ) <br> **Defendants.** ) | **8:07CV56** <br><br> **ORDER** |

This matter is before the court on the parties' joint request to continue the telephone planning conference scheduled for October 18, 2007, at 2:00 p.m.

**IT IS ORDERED:**

The **telephone** status conference with the undersigned magistrate judge is continued to **November 14, 2007, at 9:30 a.m.** Plaintiff's counsel shall initiate the telephone conference.

DATED this 18th day of October, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge