# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **NEBRASKA MEDICAL CENTER,** | )<br>) |
| **Plaintiff,** | )<br>)   8:07CV56 |
| vs. | )<br>)   ORDER |
| **ELIZABETH PAYNE, et al.,** | )<br>) |
| **Defendants.** | ) |

On the court's own motion, the pretrial conference previously set for November 12, 2008, at 10:00 a.m. is cancelled and is **rescheduled for November 18, 2008, at 10:00 a.m.** before the undersigned magistrate judge, Suite 2271, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

**IT IS SO ORDERED.**

DATED this 16th day of October, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge